```
JESSIE BENARD                    SUNRISE CREDIT SERVICE
5590 NAILOR RD                   260 AIRPORT PLAZA BLVD
VICKSBURG, MS 39180              FARMINGDALE, NY 11735



ROBERT REX MCRANEY JR            WEBBANK/FINGERHUT FRES
MCRANEY & MCRANEY                6250 RIDGEWOOD RD
503 SPRINGRIDGE ROAD             SAINT CLOUD, MN 56303
POST OFFICE DRAWER 1397
CLINTON, MS 39060


AMERICAS SERVICING CO
P.O. BOX 10328
DES MOINES, IA 50306



DELTA INDUSTRIES, INC.
100 W WOODROW WILSON
JACKSON, MS 39215



IRS
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346



IRS
C/O US ATTORNEY
501 E COURT, STE 4.430
JACKSON, MS 39201



PROCOLLECT,INC
12170 N ABRAMS ROAD
DALLAS, TX 75243



RIVER HLS BK
POB 608
PORT GIBSON, MS 39150



SPECIALIZED LOAN SERVI
8742 LUCENT BLVD
HIGHLANDS RANCH, CO 80129
```