```
JESSIE BENARD                      SUNRISE CREDIT SERVICE
5590 NAILOR RD                     260 AIRPORT PLAZA BLVD
VICKSBURG, MS 39180                FARMINGDALE, NY 11735



ROBERT REX MCRANEY JR              WEBBANK/FINGERHUT FRES
MCRANEY & MCRANEY                  6250 RIDGEWOOD RD
503 SPRINGRIDGE ROAD               SAINT CLOUD, MN 56303
POST OFFICE DRAWER 1397
CLINTON, MS 39060
                               ** MS Dept of Revenue
AMERICAS SERVICING CO             P O Box 22808
P.O. BOX 10328                    Jackson, MS 39225
DES MOINES, IA 50306



DELTA INDUSTRIES, INC.         ** MS Dept of Revenue
100 W WOODROW WILSON              c/o US Attorney
JACKSON, MS 39215                 501 E Court St., Ste 4.430
                                  Jackson, MS 39201



IRS
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346



IRS
C/O US ATTORNEY
501 E COURT, STE 4.430
JACKSON, MS 39201



PROCOLLECT,INC
12170 N ABRAMS ROAD
DALLAS, TX 75243



RIVER HLS BK
POB 608
PORT GIBSON, MS 39150



SPECIALIZED LOAN SERVI
8742 LUCENT BLVD
HIGHLANDS RANCH, CO 80129
```