_____

SO ORDERED,

**Judge Neil P. Olack**
**United States Bankruptcy Judge**
**Date Signed: July 8, 2019**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**UNITED STATES BANKRUPTCY COURT FOR THE**
**SOUTHERN DISTRICT OF MISSISSIPPI**

In re: Jessie Bernard                                                **CHAPTER 13**
       Debtor                                                      **CASE NO. 19-01861-NPO**

## AGREED ORDER ON OBJECTION TO PLAN [Dkt #21]

**CAME BEFORE THIS COURT** on Objection of Specialized Loan Servicing LLC as servicing agent for Deutsche Bank National Trust Company, as Trustee for HIS Asset Securitization Corporation Trust 2006-WMC1, Mortgage Pass-Through Certificates, Series 2006-WMC1 ("Objector") to the Chapter 13 Plan, and the Court being fully advised in the premises and based upon the agreement of the parties, does hereby find that the parties agree as follows:

1. That Objector holds a claim against Debtor, which is secured by certain real estate located at 5590 Nailor Road, Vicksburg, MS 39180 ("Property").

2. That the parties have agreed to amend the proposed payment of arrears from $12,000.00 to $14,827.69.

3. That the parties have agreed to amend the proposed payment of post-petition payments from $1,300.00 to $1,338.54.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the payment of arrears which Objector has a claim as shown in the Debtor's Chapter 13 Plan shall be amended from $12,000.00 to $14,827.69.

2

**IT IS THEREFORE ORDERED AND ADJUDGED** that the payment of post-petition payments which Objector has a claim as shown in the Debtor's Chapter 13 Plan shall be amended from $1,300.00 to $1,338.54.

**IT IS FURTHER ORDERED AND ADJUDGED** that any other figures requiring adjustment as a result of this amendment shall be adjusted accordingly.

##END OF ORDER##

Submitted by:
**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
190 East Capitol Street, Suite 650 (39201)
Post Office Box 98
Jackson, Mississippi  39205-0098
Telephone:     (601) 944-0466
Facsimile:     (601) 944-0467

AGREED AND APPROVED
AS TO FORM


/s/ Charles Frank Fair Barbour
Charles Frank Fair Barbour
Attorney for Objector


/s/ Robert Rex McRaney, Jr. (w/permission CB)
Robert Rex McRaney, Jr.
Attorney for Debtor


/s/ Justin Jones /for (w/permission CB)
Harold J. Barkley, Jr.
Chapter 13 Trustee