**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:**                                                                         **CHAPTER 13 NO.:**

**JESSIE BENARD**                                                                              19 – 01861 – NPO

**TRUSTEE'S OBJECTION TO CONFIRMATION**

COMES NOW Trustee, Harold J. Barkley, Jr., and files this his Objection to Confirmation of the Debtor's Chapter 13 Plan; and in support thereof would most respectfully show unto this Honorable Court as follows:

1. The Debtor filed a Chapter 13 Petition on May 17, 2019 and a 341(a) Meeting of Creditors was held on July 16, 2 019.

2. Upon information and belief, this plan has not been filed in good faith.

3. That, Debtor proposes to start his on-going mortgage payment in June 2019 with an arrearage through May 2019. The Trustee does not have sufficient funds on hand to start the mortgage in said month. Debtor should be required to bring his case current or file a modified plan with a proposed start date for the on-going mortgage in a later month or confirmation should be denied and this case dismissed.

4. The Trustee hereby objects to any amended plan filed hereafter.

5. Other grounds to be shown at a hearing hereon.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Objection be received and filed and at a hearing hereon confirmation be denied and for such other, further and general relief to which the Trustee and this bankrupt estate may be entitled.

Dated: July       17      , 2019

                                              Respectfully submitted,

                                              /s/Harold J. Barkley, Jr.
                                              HAROLD J. BARKLEY, JR. – MSB #2008
                                              CHAPTER 13 TRUSTEE
                                              POST OFFICE BOX 4476
                                              JACKSON, MS 39296-4476
                                              PHONE: 601/362-6161
                                              FAX: 601/362-8826
                                              EMAIL:  HJB@HBARKLEY13.COM

## **C E R T I F I C A T E**

      I, Harold J. Barkley, Jr., Trustee, do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Robert Rex McRaney, Jr.
mcraneymcraney@bellsouth.net

Jessie Benard
5590 Nailor Road
Vicksburg, MS 39180


Dated: July    17    2019

                                            /s/Harold J. Barkley, Jr.
                                            HAROLD J. BARKLEY, JR.