MSSB-LR-3007-1 (12/17)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: __JESSIE BENARD__              CASE NO.  __19-01861-NPO__

DEBTOR(S).                             CHAPTER __13__

## NOTICE OF OBJECTION TO CLAIM

**You are hereby notified** that an objection to your claim has been filed in the above-referenced bankruptcy case. Your claim may be reduced, modified, or eliminated. If you do not want the Court to eliminate or change your claim, a written response to the attached objection to claim must be filed with the Clerk of Court at:

__Dan M. Russell, Jr. US Courthouse, 2012 15th St., Ste. 244, Gulfport, MS 39501__

and a copy must be served on the undersigned Debtor(s)' attorney and the case trustee on or before thirty (30) days from the date of this notice. In the event a written response is filed, the court will notify you of the date, time, and place of the hearing thereon.

__/s/Robert Rex McRaney, Jr.__                    Dated:  __07/19/2019__
Signature of Attorney                                      MM/DD/YYYY

__PO Drawer 1397__
Address Line 1

_____
Address Line 2

__Clinton, MS 39060__
City, State, and Zip Code

__601-924-5961__         __2808__
Telephone Number     MS Bar Number

_____
Email Address

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                          CHAPTER 13 NO:

JESSIE BENARD                                19-01861-NPO

## OBJECTION TO PROOF OF CLAIM FILED BY IRS

COMES NOW Debtor, by and through counsel, and files this Objection to the Proof of Claim filed by IRS (Clm#2), and in support thereof states as follows:

1. Debtor filed a petition for relief under chapter 13 of the Bankruptcy Code on May 17, 2019.

2. On June 24, 2019, IRS filed its proof of claim (Clm#2) in the amount of $255,006.34. Said claim indicated a pending examination of the 2018 tax returns. The claim included a priority amount of $5,026.37.00 for the 2018 tax year.

3. Debtor objects to the priority amount of claim filed by the IRS.

4. Debtor requests entry of an order disallowing the claim filed by the IRS.

WHEREFORE, PREMISES CONSIDERED, Debtor prays that this Court will enter its order sustaining Debtor's objection and for such other relief to which Debtor may be entitled.

Dated: July 19, 2019

                                         Respectfully submitted,
                                         **Jesse Benard**

                                   By:/s/ Robert Rex McRaney, Jr.
                                        Robert Rex McRaney, Jr.

Prepared by:
Robert Rex McRaney
McRANEY & McRANEY
Attorneys at Law
Post Office Drawer 1397
Clinton, Mississippi 39060
Telephone No. 601-924-5961
Mississippi State Bar No. 2808

## **CERTIFICATE OF SERVICE**

      I, the undersigned attorney for the Debtor, do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Trustee, the United States Trustee, and other parties in interest, if any, as identified below.

**Chapter 13 Trustee**
**Harold J. Barkley, Jr.**

**United States Trustee**

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346

IRS
C/O U.S. Attorney
501 East Court St.
Suite 4.430
Jackson MS 39201


Dated: July 19, 2019

                                                /s/ Robert Rex McRaney, Jr.
                                                Robert Rex McRaney, Jr.

Robert Rex McRaney, Jr.
McRANEY & McRANEY
Attorneys at Law
503 Springridge Road
Post Office Drawer 1397
Clinton, Mississippi 39060
Telephone No. 601-924-5961
Mississippi State Bar No. 2808

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                        CHAPTER 13 NO:

JESSIE BENARD                                                             19-01861-NPO

## ORDER SUSTAINING OBJECTION TO PROOF OF CLAIM FILED BY IRS

THIS MATTER came before the Court on Debtor's Objection to the Proof of Claim filed by IRS (Dkt#       ).  No response was filed to the motion and the Court finds it to be well taken.

IT IS THEREFORE ORDERED that on Debtor's Objection shall be and is hereby sustained.

IT IS FURTHER ORDERED that the claim of the IRS shall be and is hereby disallowed.

##END OF ORDER##

SUBMITTED BY:
/s/Robert Rex McRaney, Jr.
McRANEY & McRANEY
Attorneys at Law
503 Springridge Road
Post Office Drawer 1397
Clinton, Mississippi 39060
Telephone No. 601-924-5961
Mississippi State Bar No. 2808