**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: JESSIE BENARD                                    CASE NO: 19-01861

---

**ENTRY OF APPEARANCE AND REQUEST FOR COPIES**

---

COMES NOW Jeffery P. Reynolds and Patricia E. Herlihy of Jeffery P. Reynolds, P.A., Post Office Box 24597, Jackson, Mississippi, 39225, and enters their appearance as counsel of record for Delta Industries, Inc.

Jeffery P. Reynolds and Patricia E. Herlihy of Jeffery P. Reynolds, P.A. hereby request to be provided with copies of all notices given and papers served in this case, including motions, applications, petitions, complaints, other pleadings, orders, judgments, reports and any other documents filed or served in this proceeding.

RESPECTFULLY SUBMITTED, this the 23rd day of July, 2019.

DELTA INDUSTRIES, INC.

By:    */s/ Jeffery P. Reynolds*
       */s/ Patricia E. Herlihy*
       Jeffery P. Reynolds, P.A.

OF COUNSEL:

Jeffery P. Reynolds, MSB # 5305
Patricia E. Herlihy, MSB # 9368
JEFFERY P. REYNOLDS, P.A.
Post Office Box 24597
Jackson, Mississippi 39225-4597
Telephone: (601) 355-7773
Facsimile:  (601) 355-6364
jeff@jprpa.com
patricia@jprpa.com

## CERTIFICATE OF SERVICE

I, Jeffery P. Reynolds, hereby certify that I have filed the foregoing document using the

CM/ECF System which sent notice of filing to all persons requesting notice.

This the 23rd day of July, 2019.

*/s/ Jeffery P. Reynolds*
Jeffery P. Reynolds, MSB # 5305